ROBERT H. WILSON, EXECUTOR OF AUGUSTUS TRIMMER,
    DECEASED, v. PENNSYLVANIA, POUGHKEEPSIE AND
    BOSTON RAILROAD COMPANY.

Submitted July 10, 1899—Decided November 13, 1899.

Under our Practice act the Circuit Court is required to settle all disputed
    facts before it can send a case to this court for its advisory opinion.

On case certified from the Warren Circuit Court.

Before MAGIE, CHIEF JUSTICE, and Justices VAN SYCKEL,
GARRISON and LIPPINCOTT.

For the plaintiff, *Joseph M. Roseberry* and *Chauncy H.
Beasley.*

For the defendant, *Henry S. Harris.*

The opinion of the court was delivered by

VAN SYCKEL, J.   The lands of Augustus Trimmer were
condemned by the railroad company.   The award of the com-
missioners not proving satisfactory to the company, an appeal
was taken and the case was tried at the Warren county Cir-
cuit Court in December last, which resulted in a verdict of
$7,250.29, for the executor of Trimmer.

Thereupon the trial judge granted a rule to show cause
why there should not be a new trial, and certified the entire
testimony taken on the trial before him for the advisory
opinion of the Supreme Court as to whether a new trial
should be granted.

Questions of disputed fact are thereby submitted to this
court for settlement.   The statute authorizing the Circuit
Court to call for an advisory opinion does not give this court
the capacity to decide questions of fact.   The Circuit judge
must make and state the facts upon which the questions of
law will arise.

This is the established practice in this state, and under the authority of *Destefano* v. *Calandriello*, 28 *Vroom* 483, the case must be dismissed.